# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - APPEALS

| | |
|---|---|
| Case No. | 2:08-cv-03027-SVW |
| Court of Appeals Case No. | 10-55214 |
| Title | In Re Daryn Schumacher |
| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
| Date | October 21, 2015 |

| Paul M. Cruz | N/A | |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Attorneys for Plaintiff(s): | Attorney(s) for Defendant(s): |
|---|---|
| N/A | N/A |

**PROCEEDINGS:   HEARING ON MANDATE OF THE NINTH CIRCUIT COURT OF APPEALS**

THE COURT REVIEWS the mandate (judgment or order) of the Ninth Circuit Court of Appeals:

- [X] Affirming
- [ ] Dismissing Appeal
- [ ] Affirming in part, reversing in part
- [ ] Remanding
- [ ] Reversing and Remanding
- [X] Other: REMANDED WITH INSTRUCTIONS

[ ] The record reflects that costs of the prevailing party were taxed by the Ninth Circuit Court of Appeals in the amount of:

$ _____ on _____

[X] Other: The case is remanded to the bankruptcy court to calculate and to award attorneys' fees to the bankruptcy trustee.

Make JS-5

                                                                : 
                                    Initials of Deputy Clerk    PMC

cc: USBC Central District of California at Los Angeles, LA 03-27437-VZ